# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNIVERSAL STEEL BUILDINGS CORP., KING SOLOMON CREATIVE ENTERPRISES CORP., and KING DAVID INTERACTIVE CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> SHORE CORP. ONE and BRUCE SHORE <br><br> Defendants. | Civil Action No. 2:09-cv-00656-GLL |

## ORDER

And now, this 25th day of July, 2009, upon consideration of Plaintiffs' Motion to Strike and all submissions and arguments of the parties, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED and that the June 12, 2009 letter of Bruce Shore (Docket No. 6) is hereby STRICKEN as a pleading, motion, or other submission made on behalf of either Defendant Shore Corp. One or Defendant Bruce Shore.

Defendant Shore Corp. One is hereby ORDERED to answer or otherwise respond to the Verified Complaint through counsel and in compliance with Federal Rules of Civil Procedure 8, 11, 12, and Local Rule 7.1 within ten (10) days of the date of this order or a judgment by default may be taken against you.

Defendant Bruce Shore is hereby ORDERED to answer or otherwise respond to the Verified Complaint in compliance with Federal Rules of Civil Procedure 8, 11, 12, and Local

{01018655}

Rule 7.1 within ten (10) days of the date of this order or a judgment by default may be taken against you.

It is hereby further ORDERED that the time period within which Plaintiffs Universal Steel Buildings Corp., King Solomon Creative Enterprises Corp., and King David Interactive Corp. may respond to any pleading, motion, or other submission made pursuant to this Order by Defendant Shore Corp. One or Defendant Bruce Shore shall be extended until twenty (20) days following service thereof.

BY THE COURT:

_____
United States District Judge