FILED
JUL - 6 2009
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLV...

United States District Court Western District of Pennsylvania

UNIVERSAL STEEL
BUILDINGS CORP.,
KING SOLOMON CREATIVE
ENTERPRISE CORP., and
KING DAVID INTERACTIVE CORP.,

Civil Action No.: 09.0656

Plaintiffs,

vs.

SHORE CORP. ONE and
BRUCE SHORE

Defendants.

## MOTION TO RECONSIDER OR MOTION FOR TELEPHONIC HEARING

Again, I object to this court having any jurisdiction over my company or me. Any litigation against my company or me should be held in Broward County Florida. All previous dealings between both companies took place in Broward County Florida. My website can be seen all over our great Nation. I respectfully ask that this law suit be dismissed or if not that the court allows me the Constitutional Right to defend my Company and Myself against the Plaintiffs. I respectfully ask that no orders be entered against me or my company, without a proper Telephonic Hearing. With having to write all these letters in these poor economic times have cost me time and money. The plaintiff should reimburse for my time and money.

Sincerely,

*Bruce Shore*

Bruce Shore Pro Se

Shore Corp. One Pro Se

902 North 30th Road

Hollywood Florida 33021

954.927.6566 ext 301

CC: J. Alexander Hershey

AND NOW, THIS 28th DAY OF July, 09, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE