IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNIVERSAL STEEL BUILDINGS CORP., KING SOLOMON CREATIVE ENTERPRISES CORP., and KING DAVID INTERACTIVE CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SHORE CORP. ONE & BRUCE SHORE <br><br> Defendants. | Civil Action No. 09-656 |

ORDER

And now, this 25th day of January, 2010, all pending motions [Doc. Nos. 13, 14, 15, 18, 20] are held in abeyance. Defendant Shore Corp. One is directed to file a responsive pleading within twenty-one (21) days from the date of this order. This pleading must be filed by an attorney, as corporations may not appear pro se before this court. See Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202 (1993). Should Shore Corp. One fail to do so, the court will enter default judgment against the corporate defendant, will consider all filings previously made on behalf of both defendants as having been filed on behalf of Mr. Shore individually, and will rule substantively on all pending motions.

BY THE COURT:

/s/ _____, Chief J.

cc: Bruce Shore
    902 N. 30th Road
    Hollywood, Fl 33201
    Counsel of record (via CM/ECF)