IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNIVERSAL STEEL BUILDINGS CORP., KING SOLOMON CREATIVE ENTERPRISES CORP., and KING DAVID INTERACTIVE CORP., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 09-0656 |
| v. | ) ) | |
| SHORE CORP. ONE and BRUCE SHORE, | ) ) ) | |
| Defendants. | ) | |

ORDER

And now, this 9 day of April, 2010, it is hereby ORDERED that defendant Shore Corp. One's motion for reconsideration [Doc. No. 32] of the court's January 26, 2010 and March 24, 2010 orders is DENIED.

BY THE COURT,

_____ C.J.

cc:  Bruce Shore
     902 N. 30th Road
     Hollywood, Fl 33201

     Counsel of record (via CM/ECF)