IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNIVERSAL STEEL BUILDINGS CORP., ET AL.,<br>    Plaintiffs, | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 09-656<br>) |
| SHORE CORP. ONE, ET AL.,<br>    Defendants. | )<br>)<br>) |

ORDER OF COURT

AND NOW, this 7th day of May, 2010, the court having been advised that defendant Shore Corp. One has filed for bankruptcy in the United States Bankruptcy Court for the Southern District of Florida at Case No. 10-22352-JKO and no further action can be taken by the court at this time, IT IS HEREBY ORDERED that the hearing to set the damages and conditions of default judgment, scheduled for May 14, 2010, is hereby cancelled and the Clerk of Court mark the above captioned case closed as to defendant Shore Corp. One only.

Nothing contained in this order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_/s/ [signature]_, C.J.

cc:  All Parties of Record